LUCIUS H. BEERS et al., Appellants, *v.* ABBY S. MARSHALL et al., Respondents, and UNITED STATES TRUST COMPANY OF NEW YORK, Appellant.

Argued January 14, 1937; decided March 9, 1937.

*Lucius H. Beers, Sherman Baldwin* and *Kenneth E. Ryan* for plaintiffs, appellants, and for United States Trust Company of New York, defendant, appellant.

*L. S. Breckinridge, W. H. L. Edwards* and *J. W. Edwards* for Abby S. Marshall, respondent.

*Charles L. Griffin, H. G. E. Borchert* and *Frederick L. Allen* for Mutual Life Insurance Company of New York, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.